IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RITCHIE G. SNYDER,** ) | CV F 04-5206 OWW WMW HC |
| ) | |
| Petitioner, ) | ORDER DIRECTING |
| ) | PETITIONER TO FILE |
| v. ) | RESPONSE |
| ) | |
| ) | |
| **A. A. LA MARQUE,** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

      Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On April 20, 2004, the court entered an order requiring Petitioner to provide the court with a copy of his Motion for Leave to Authorization to File a Second or Successive Habeas Corpus Petition filed in the Ninth Circuit. Petitioner complied with that order. Petitioner is now ORDERED to inform the court of the outcome of that motion, by providing this court with a copy of the order of the Ninth Circuit resolving his motion. Petitioner's response shall be filed no more than thirty (30) days from the date of this order. Failure to comply with this order shall result in

findings and recommendations that this petition be dismissed.

IT IS SO ORDERED.

**Dated:   March 15, 2006**              **/s/  William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE

2