IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RITCHIE G. SNYDER,** | ) | CV F 04-5206 OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| v. | ) | RECOMMENDATIONS |
| | ) | |
| | ) | [Doc. 15] |
| **A. A. LA MARQUE,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court.

    On April 6, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708

1  F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the
2  findings and recommendations to be supported by the record and by proper analysis.
3    Based on the foregoing, it is HEREBY ORDERED  that:
4  1. The findings and recommendations issued by the Magistrate Judge on
5   April 6, 2006, are a adopted in full;
6  2. The Petition for Writ of Habeas Corpus is dismissed; and
7  3.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.   IT IS SO ORDERED.

**Dated:   July 15, 2006**     /s/ Oliver W. Wanger
emm0d6     UNITED STATES DISTRICT JUDGE

2